IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TROY C. MCDONALD, *et al.*,               ) | |
|          Plaintiffs,                                      ) | |
|                                                                 ) | |
| v.                                                             ) | CIVIL ACTION: 1:21-00271-KD-N |
|                                                                 ) | |
| SANTANDER CONSUMER USA, INC.,  ) | |
| *et al.*,                                                     ) | |
|          Defendants.                                   ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Fed.R.Civ.P. Rule 41(a)(2) "Motion for dismissal with prejudice as to Defendant Equifax Information Services, LLC only," seeking to voluntarily dismiss their claims against said defendant with prejudice, per settlement. (Doc. 58).

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper[]" if Rule 41(a)(1) does not apply (as is the case here). Additionally, a plaintiff may dismiss all claims against a defendant under Fed. R. Civ. P. 41 even if there are other defendants in the case. Klay v. United Healthgroup, Inc., 376 F.3d 1092, 1106 (11th Cir. 2004) ("[Fed. R. Civ. P.] 41 allows a plaintiff to dismiss all of his claims against a particular defendant[]").

Therefore, upon consideration of the motion and pursuant to Fed.R.Civ.P. Rule 41(a)(2), it is **ORDERED** that Defendant Equifax Information Services, LLC is **DISMISSED with prejudice** from this action subject to the right of either Plaintiffs or said defendant to reinstate the action against said defendant **within thirty (30) days** of the date of this Order should the settlement agreement not be consummated. Said parties shall bear his, her, or its own costs, expenses, and attorneys' fees, in accordance with the terms of the settlement agreement.

Nothing herein shall be construed as dismissing Plaintiffs' claims against the remaining defendants.

**DONE** and **ORDERED** this the **25th** day of **March 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**